788

*Mr. Robert L. Cole, Sr.* for petitioners. *Solicitor General Fahy* and *Assistant Attorney General Shea* for respondents.

No. 679. BENNETT *v.* UNITED STATES. December 18, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. R. Palmer Ingram* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 655. Fox *v.* ALCOA STEAMSHIP CO. ET AL. December 18, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Raymond H. Kierr* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Jos. M. Rault* for respondents.

No. 422. ROBISON, ADMINISTRATRIX, *v.* NORTHERN PACIFIC RAILWAY CO. December 18, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Bernard L. Swerland* for petitioner.

No. 483. SNOW *v.* ROCHE, DISTRICT JUDGE. December 18, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Cecil Snow, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for respondent.